### A. J. RICHMOND VS. ELIZA SETTOON.

GUNBY, J. To revive a suit against several heirs of defendant, a written application should be filed, setting forth the names and residences of the heirs, and asking citation of each one. C. P. 120, 361.

2. After a suit is filed and citation is *issued* and served, no amount of inaction or delay on the part of plaintiff will constitute an abandonment of the suit, and no prescription runs on the claim sued on as long as the suit is pending. 29 An. 299.

3. The heirs are bound jointly only, each for his virile share. C. C. 1427.

4. They cannot be held bound at all, unless it be proved that they have accepted their ancestor's succession, or received property as heirs.

5. A debt of over five hundred dollars must be proved by more than one uncorroborated witness. C. C. 2277.

6. Where the judgment is against the heirs *in solido*, and but one of them signs the appeal bond, the judgment can be reversed only as to him.

### A. V. WITKOWSKI VS MRS. E. C. LOWDEN.

CLINTON, J. In tendering money to redeem property sold at a tax sale, the strict formalities required for a real tender need not be complied with; a simple offer of the amount of taxes, interest and costs, is sufficient. 5 An. 675; 24 An. 524.

2. Where the offer to redeem is made within one year from the sale, and refused by the purchaser, the action to redeem need not be instituted within one year; the tax purchaser is in fault for not receiving the redemption money, and the action to enforce the right, thus preserved, will only be prescribed by ten years, like the action to enforce the conditions of a *vente a remere.*

### STANDARD WAGON CO. VS. WM. J. KILBURN ET AL.

CLINTON, J. Where documents offered in evidence in the lower court are not in the record, the case will be passed upon as if no such evidence had been offered.

2. A letter of credit or recommendation stating that a person is "doing a good business, is reliable and responsible for his contracts," is not a guarantee or a security; but would subject the party signing it to damages in case its representations were proved to be false.

3. A power of attorney from the wife, who is separate in property, and a public merchant, authorizing her husband to attend to her mercantile and planting business, will not authorize him to give letters of credit, or go security for the debts of others as her agent.